# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DAVID CAMERON and,<br>(2) MARIE FAY CAMERON,<br><br>        Plaintiffs,<br><br>vs.<br><br>(1) THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,<br><br>        Defendant. | Case No. CIV-12-438-D |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties to the above-captioned action and, pursuant to Fed. R. Civ. P. 41(a)(1), stipulate to the dismissal of the action with prejudice, for the reason that the issues before the Court have been resolved by compromise settlement between the parties. The parties are to bear their own attorney fees and costs.

/s/ Chris Harper
Chris Harper, OBA #10325
Phillip P. Owens II, OBA #15165
PO Box 5888
Edmond, OK 73083-5888
405-359-0600
405-340-1973 FAX
charper@chrisharperlaw.com
powens@chrisharperlaw.com
*Attorneys for Plaintiff*

/s/ Darrell W. Downs
R. Stratton Taylor, OBA #10142
Darrell W. Downs, OBA #12272
400 West Fourth Street
P. O. Box 309
Claremore, OK 74018
Telephone: (918) 343-4100
Facsimile: (918) 343-4900
staylor@soonerlaw.com
ddowns@soonerlaw.com
*Attorneys for Defendant*